IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| TAJ BECKER, M.D.<br><br>    Plaintiff, | MEMORANDUM DECISION AND<br>ORDER GRANTING IN PART AND<br>DENYING IN PART DEFENDANTS'<br>MOTION FOR RECONSIDERATION |
| vs. | |
| J. DENIS KROLL, et al.,<br><br>    Defendants. | Case No. 2:02-CV-24 TS |

This matter is before the Court on Defendants' Motion for Reconsideration on this
Court's order excluding Dr. Satovick from testifying at trial. For the reasons discussed below the
Court will grant in part and deny in part the motion.

On January 28, 2010, this Court granted Plaintiff's motion to exclude all testimony of Dr.
Satovick based on non-disclosure and therefore non-compliance with the rules of Federal Civil
Procedure. Later that day Defendants filed this Motion, in which facts regarding the disclosure
of Dr. Satovick as a fact witness were revealed to the Court for the first time. Plaintiff filed an
opposition to the motion to reconsider but did not address the fact witness issue, instead Plaintiff
focused on the exclusion of Dr. Satovick as an expert witness. With the additional facts about
Defendants disclosure of Dr. Satovick as a fact witness and Plaintiff's failure to contest that issue

1

the Court will allow Dr. Satovick to testify as a fact witness.

However, because the Court still finds Defendants have failed to comply with rules regarding expert testimony, it will not permit Dr. Satovick to testify as an expert.

It is thereby

ORDERED that Defendants' Motion to Reconsider is GRANTED IN PART AND DENIED IN PART (Docket No. 269) as laid out above.

DATED February 1, 2010.

BY THE COURT:

TED STEWART
United States District Judge

2